**In re SCOTTRADE, INC., Petitioner.**

**Misc. No. 109.**

United States Court of Appeals, Federal Circuit.

Jan. 13, 2012.

ON MOTION

**ORDER**

Petitioner Scottrade, Inc. and Respondent Ganas, LLC jointly move to withdraw Scottrade's petition for writ of mandamus to the United States District Court for the Eastern District of Texas.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion to withdraw Scottrade's petition for writ of mandamus is granted.